# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
| v. | CASE NUMBER: 24-8545 MJ |
| Sammel Sharon Upchurch | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), offense described as follows:

**See Attachment A – Description of Count**

I further state that I am a Task Force Officer (TFO) for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:  ☒Yes  ☐ No

AUTHORIZED BY: Addison Owen, AUSA

Joel Kilby, TFO for ATF
Name of Complainant

Signature of Complainant

Sworn to telephonically before me

10-7-24  1:59p                at    Phoenix, Arizona
Date                                 City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# ATTACHMENT A
## DESCRIPTION OF COUNT
## COUNT 1

**Felon in Possession of a Firearm and Ammunition**

On or about October 6, 2024, in the District of Arizona, Defendant SAMMEL SHARON UPCHURCH, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, in and affecting interstate or foreign commerce, to wit:

- One (1) Glock Model 19X, 9mm caliber pistol, Serial Number: CDDN932, and
- Eighteen (18) rounds of assorted 9mm caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

# ATTACHMENT B

# STATEMENT OF PROBABLE CAUSE

I, Joel Kilby, a Task Force Officer for the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). I have been appointed as a Task Force Officer since July 31, 2022. I have been employed by the Phoenix Police Department since June 2008. Your Affiant has been assigned to the Phoenix Police Department's Crime Gun Intelligence Unit (CGIU) within the Violent Crimes Bureau. In that time, your Affiant has been tasked with conducting investigations of Violent Crimes, specifically: Aggravated Assaults, Armed Robberies, Misconduct Involving Weapons, and Illegal Trafficking of Firearms.

2. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents and Phoenix police officers involved in the investigation, and information obtained from witnesses. Based on the below facts, your Affiant submits there is probable cause that SAMMEL SHARON UPCHURCH committed the crime of Felon in Possession of a Firearm and Ammunition, in violation of Title 18, United States Code (U.S.C.) §§ 922(g)(1) and 924(a)(8).

## PROBABLE CAUSE

3. On October 6, 2024, at approximately 1:59 a.m., the Phoenix Police Department (PPD) observed a tan Buick Enclave bearing AZ License Plate 7VA2CS (hereafter, "Tan Buick") traveling east on Indian School Road in Phoenix, Arizona. MVD records check showed the Registration was suspended.

4. Officers conducted a traffic stop of the Tan Buick at 4500 West Indian School Road in Phoenix, AZ and contacted the driver, SAMMEL SHARON UPCHURCH, and the

passenger, Latierre Mosby. Upon contact and when asked, UPCHURCH and Mosby denied there were any firearms in the vehicle.

5. However, Mosby was observed looking at the officer and looking at the glovebox but did not verbally speak with the officer. When officers asked UPCHURCH for his license and registration, he reached in between his legs to obtain his driver's license. As UPCHURCH did this, he grabbed a tan firearm magazine containing ammunition and placed it into the center console area of the vehicle.

6. Given the presence of the magazine, officers once again asked if there were any firearms in the vehicle. UPCHURCH stated there was one in the glovebox.

7. Officers removed UPCHURCH and Mosby from the vehicle and conducted a criminal history records check.

   a. UPCHURCH was found to have felony convictions (further details below) and was found to be a prohibited possessor.

   b. Mosby did not have any prior felony convictions, but he had a misdemeanor warrant.

8. Officers conducted a search of the vehicle and discovered two firearms and ammunition in the glovebox.

   a. A tan Glock 19X 9mm, Serial Number (S/N): CDDN932,

   b. A black P80 Privately Made Firearm (PMF), .40 caliber Pistol, and

   c. One (1) round of 9mm caliber ammunition in the chamber of the tan Glock 19X.

9. The magazine previously placed by UPCHURCH in the center console area (as referenced in Paragraph 5) contained seventeen (17) 9mm caliber rounds of ammunition.

10. Mosby denied possessing any of the firearms but was found to have a black magazine in his left front pocket. The magazine he was in possession of was the same caliber and fit the P80 (PMF) .40 caliber handgun firearm found in the glovebox.

11. In a Post-*Miranda* interview, UPCHURCH stated he was not legally allowed to possess a firearm. He stated he knows he can't possess a firearm because he is a prohibited

possessor due to his drug charge where he was sentenced to prison. UPCHURCH stated the Glock 19x is his gun, and initially stated he did not know where the other firearm came from, but then claimed the P80 (PMF) was his cousins, Mosby.

12. UPCHURCH stated he traded a Glock 10mm firearm for the Glock 19x from a male in the area of 6700 West Baseline Road approximately two weeks prior. UPCHURCH admitted to discharging the firearm near a park in Avondale, AZ previously.

*Prior Felony Conviction*

13. On December 18, 2009, SAMMEL SHARON UPCHURCH was convicted of Distribution of Cocaine, a violation of 21 U.S.C. § 841(a)(1) and sentenced to sixty (60) months in the Bureau of Prisons to be followed by 48 months of supervised release. Agents obtained official court documents to verify the felony conviction status.

*Firearm Nexus*

14. On October 6, 2024, ATF Nexus Expert Alejandra Barrera reviewed photographs of the Glock, 19X, 9mm Pistol, S/N: CDDN932, and eighteen (18) assorted 9mm caliber ammunition (one round found in the chamber of the tan Glock 19x and the 17 other rounds found in the magazine). It is the opinion of ATF Nexus Expert Barrera that the firearm and ammunition traveled in interstate and/or foreign commerce to be found in Arizona.

//
//
//
//
//
//
//
//
//

## CONCLUSION

15. For these reasons, your Affiant submits that there is probable cause to believe SAMMEL SHARON UPCHURCH committed the crime of Felon in Possession of a Firearm and Ammunition, in violation of Title 18, United States Code (U.S.C.) §§ 922(g)(1) and 924(a)(8).

16. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

_____
JOEL KILBY
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed electronically this 7t day of October, 2024.

_____
HONORABLE JOHN Z. BOYLE
United States Magistrate Judge